Arthur S. Gomberg, for. appellant; Samuel Nineberg, of counsel; Rappaport, Clorfene & Rappaport, for appellee; Philip E. Gale, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed March 7, 1951; released for publication April 6, 1951.

## Annie Fitzgerald, Appellant, v. Jack Reville, Appellee.

### Gen. No. 45,349.

Richard E. Keogh and Percival Thompson, for appellant; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed March 7, 1951; released for publication April 6, 1951.

## Thomas Fitzgibbons, Appellant, v. Allen Rue, Appellee.

### Gen. No. 9,718.